JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>    Plaintiff,<br><br>v.<br><br>CENTINELA CENTER, LLC, a California Limited Liability Company;<br>NIKHIL DHAWAN; and Does 1-10,<br><br>    Defendants. | Case: 2:15-CV-02193-PA (AGRx)<br><br>**ORDER** |

    This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 26, 2015

                            HONORABLE PERCY ANDERSON
                            UNITED STATES DISTRICT COURT JUDGE

**JS-6**